UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID J. TETER,<br><br>            Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>            Defendant. | No.  CV-10-0251-CI<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND PURSUANT<br>TO SENTENCE FOUR OF 42<br>U.S.C. 405(g) |

BEFORE THE COURT is the parties' stipulated Motion for remand of the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 9.)  Attorney Maureen Rosette represents Plaintiff David J. Teter; Special Assistant United States Attorney L. Jamala Edwards represents Defendant.  The parties have consented to proceed before a magistrate judge. (Ct. Rec. 7.)  The Appeals Council was unable to locate Plaintiff's medical records from the Veteran's Administration that were submitted in August 2008, and identified as Exhibit 8F in the record.  After considering the stipulation of the parties,

**IT IS ORDERED:**

1. The parties' stipulated Motion for Remand **(Ct. Rec. 9)** is **GRANTED**.   The above-captioned case shall be   **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Commissioner will complete the administrative record and

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

1  consider the complete record.  The Administrative Law Judge will
2  ensure the record is complete, hold a new hearing, and issue a new
3  decision.
4      2.   Judgment shall be entered for the **PLAINTIFF**.
5      3.   An application for attorney fees may be filed by separate
6  motion.
7      The District Court Executive is directed to enter this Order,
8  forward copies to counsel, and thereafter shall close this file.
9      DATED October 18, 2010.

                    S/ CYNTHIA IMBROGNO
                 UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2