UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID J. TETER,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | )<br>)<br>)<br>)  NO. CV-10-251-CI<br>)<br>)  **JUDGMENT IN A**<br>)  **CIVIL CASE**<br>)<br>)<br>) |

**STIPULATION BY THE PARTIES**:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that**:**

The matter is **REVERSED and REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff.

DATED: October 18, 2010

                                                  JAMES R. LARSEN<br>
                                                District Court Executive/Clerk

                                                s/ L. Stejskal<br>
                                                Deputy Clerk